Peter M. de Jonge, UT 7185
Jed H. Hansen, UT 10679
**THORPE, NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsmile: (801) 566-0750

Mark M. Bettilyon, UT 4798
Samuel C. Straight, UT 7638
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Defendant*
Connor Sport Court International

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC., a Nevada corporation, SNAP COURT, LLC, a Utah corporation, SNAPSPORTS, INC, SNAPLOCK MANUFACTURING, INC., a dba of SNAP LOCK INDUSTRIES, INC., and J&M PROCESS CONTROL, INC., a Utah corporation.<br><br>  Plaintiffs/Counterclaim Defendants,<br>v.<br><br>CONNOR SPORT COURT INTERNATIONAL, a Delaware corporation,<br><br>  Defendant/Counterclaimant. | **MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:10-CV-00294-BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to a confidential written settlement agreement executed by all of the parties to this action which contains a release of all claims, counterclaims, and causes of action in the above entitled and numbered action (this "*Case*"), Connor Sport Court International, Inc. ("*Sport*

*Court*"), by and through its counsel of record, Peter M. de Jonge of Thorpe North & Western, LLP, and Mark M. Bettilyon of Ray Quinney and Nebeker, PC, and Snap Lock Industries, Inc., Snap Court, LLC, Snapsports, Inc., Snaplock Manufacturing, Inc., and J&M Process Control, Inc. ("*Snap Lock*"), by and through its counsel of record, Mark M. Miller of Holland & Hart LLP, hereby stipulate to the dismissal *with prejudice* of all claims, counterclaims, and causes of action arising from or related to the acts alleged in this Case.

Pursuant to this stipulation, the parties move this Court for entry of a dismissal with prejudice of all claims, counterclaims, and causes of action in this Case. A proposed order is submitted herewith.

DATED this July 19th, 2012             Respectfully submitted,

                                      THORPE NORTH & WESTERN, LLP
/s/ Peter M. de Jonge
Peter M. de Jonge
Jed H. Hansen
*Attorneys for Defendant and Counterclaimant*
Connor Sport Court International, Inc.

RAY QUINNEY & NEBEKER, PC
/s/ Mark M. Bettilyon
Mark M. Bettilyon
Samuel C. Straight
*Attorneys for Defendant and Counterclaimant*
Connor Sport Court International, Inc.

HOLLAND & HART
/s/ Mark A. Miller
L. Grant Foster
Brett L. Foster
Mark A. Miller
*Attorneys for Plaintiff and Counterclaim Defendants* Snap Lock Industries, Inc., Snap Court, LLC, Snapsports, Inc., Snaplock Manufacturing, Inc., and J&M Process Control, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE was** served upon the Defendant at the following by the methods indicated below:

| | |
|---|---|
| L. Grant Foster | |
| Brett Foster | _____ Electronic Mail |
| Mark Miller | _X_ United States Mail |
| HOLLAND & HART, LLP | First Class, Postage Pre-Paid |
| 222 South Main St., Suite 2200 | _____ Overnight Delivery |
| Salt Lake City, Utah 84101 | _____ Fax Transmission |
| | |
| Jaryl L. Rencher | _____ Electronic Mail |
| STUCKI STEELE & RENCHER, LLC | _X_ United States Mail |
| 215 South State Street, Suite 600 | First Class, Postage Pre-Paid |
| Salt Lake City, Utah 84111 | _____ Overnight Delivery |
| | _____ Fax Transmission |

DATED this 19th day of July, 2012.

*/Kelley Warner/*
Kelley Warner